Peter H. Klee, State Bar No. 111707
E-Mail: pklee@luce.com
John T. Brooks, State Bar No. 167793
E-Mail: jtbrooks@luce.com
Scott H. Tanner, State Bar No. 254143
E-Mail: stanner@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

JS-6

Attorneys for Defendant
Travelers Property Casualty Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BLANCHE MALLOY, RICHARD MALLOY,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, SCOTTSDALE INDEMNITY COMPANY, DOES 1-50,<br><br>Defendants. | Case No. SACV 09-995 JVS (RCx)<br><br>The Hon. James V. Selna<br>Dept. 10-C<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:   August 3, 2009 |

Based upon the stipulation of the parties, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: December 09, 2009

By: _____
United States District Court Judge

101202393.1

1

Case No. SACV 09-995 JVS (RCx)
ORDER OF DISMISSAL